1 David P. Matthews
TX No. 13206200
2 Jason C. Webster
TX No. 24033318
3 **MATTHEWS & ASSOCIATES**
2905 Sackett St.
4 Houston, TX 77098
(713) 522-5250
5 (713) 535-7184 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-5617 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Vernon Davis, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Virginia Bishop, Vernon Davis, Tuanb Diep, Richard Gonzales, Alma Hendley, Sandra Hove, Leslie Miller, Mario Rivera, Syed Ullah, Carol Vanderbull, Aliene Walters, Stuart Zweig, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: Jan. 12, 2010 | MATTHEWS & ASSOCIATES |
| 2 | | |
| 3 | | By: _____ |
| 4 | | David P. Matthews<br>*Attorneys for Plaintiffs* |
| 5 | DATED: Jan. 12, 2010 | DLA PIPER LLP (US) |
| 6 | | |
| 7 | | By: _____ |
| 8 | | Michelle W. Sadowsky<br>*Attorneys for Defendants* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 17 2010

_____
Hon. Charles R. Breyer
United States District Court